UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED COAL COMPANY, LLC,

Plaintiff,

– *against* –

XCOAL ENERGY AND RESOURCES,

Defendant.

**ORDER**

23 Civ. 5709 (ER)

RAMOS, D.J.:

United Coal Company, LLC ("United Coal") brings this action against Xcoal Energy and Resources ("Xcoal"), alleging that Xcoal failed to accept delivery of coal under two separate purchase orders.  United Coal filed a motion for partial summary judgment and to partially strike Xcoal's expert testimony on April 7, 2025.  Doc. 74.  On May 5, 2025, Xcoal filed a cross-motion for summary judgment and to partially strike United Coal's expert testimony.  Docs. 82, 83.  In relation to briefing of these motions, both parties requested leave to file exhibits under seal, Docs. 73, 81, 89, which the Court granted.

Today the Court issued an Opinion and Order granting United Coal's motion to strike, granting in part and denying in part United Coal's motion for partial summary judgment, denying Xcoal's motion to strike, and denying Xcoal's motion for summary judgment.  The Court will email the Opinion and Order to the parties so that they may review the same and suggest proposed redactions.  The parties are instructed to submit their proposed redactions, on consent, by email to chambers by Friday, April 3, 2026, at 5:00 p.m., or inform the Court that no redactions are necessary.

2

The Clerk of Court is respectfully directed to terminate the motions, Docs. 74, 79, 82.

It is SO ORDERED.

Dated:    March 31, 2026
          New York, New York

_____
                    EDGARDO RAMOS, U.S.D.J.

2